# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | CASE NO. 2:25-PO-00026 |
| v. | MAGISTRATE JUDGE JOLSON |
| **Jose D. Bermudez Ruiz,** | |
| **Defendant.** | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case be **Dismissed**.

                                                s/Kimberly A. Jolson
                                                **KIMBERLY A. JOLSON**
                                                **United States Magistrate Judge**

9/5/2025
**DATE**